AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ RHODE ISLAND

UNITED STATES OF AMERICA

V.

ARIF MOHAMED SAEED MOHAMED AL-ALI

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: CR11-051ML

    The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

MARY M. LISI      CHIEF JUDGE
Name of Judge      Title of Judge

August 5, 2011
Date